UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991
(619) 557-5620 FAX: (619) 557-5536

FILED
07 DEC 28 AM 10: 02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# TRANSMITTAL MEMORANDUM

To: UNITED STATES DISTRICT COURT
880 Front Street, Suite 4290
San Diego, California 92101

From: BARRY K. LANDER, Clerk District/Office No. 974-3

| CASE NAME | |
|---|---|
| '07 CV 2425 BTM RBB<br><br>Jerry Lee Icenhower | BANKRUPTCY NO.<br>03-11155-LA7<br>ADVERSARY NO.<br>04-90392<br>APPEAL NO.<br>1<br>BANKRUPTCY JUDGE<br>Louise DeCarl Adler<br>DATE BANKRUPTCY FILED<br>12/15/03 |

| DATE OF ENTRY OF APPEALED ORDER: | NOTICE OF APPEAL FILED ON: | FEE PAID: | NOTICE OF REFERRAL TO USDC MAILED ON: |
|---|---|---|---|
| 12/11/07 | 12/18/07 | YES | December 27, 2007 |

DATED: December 27, 2007

Barry K. Lander, Clerk

By: *Kurt Herbold*, Deputy Clerk
Kurt Herbold

CSD 1251 [05/10/00]

**FILED**

December 27, 2007

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Jerry Lee Icenhower<br>Debtor. | BANKRUPTCY NO.<br>03-11155-LA7 |
| Alejandro Diaz-Barba (Appellant) | 04-90392 |
| v.<br>Kismet Acquisition, LLC (Appellee) | BK APPEAL NO. 1<br>ASSIGNED TO JUDGE Louise DeCarl Adler |

**NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT COMBINED WITH SERVICE OF NOTICE OF APPEAL**

TO: Stephen B. Morris, Morris & Associates, 444 West C St, Ste. 300, San Diego, CA 92101
Ali M. M. Mojdehi, Baker & McKenzie LLP, 12544 High Bluff Drive, 3rd Floor, San Diego, CA 92130
United States Trustee, Dept. of Justice, 402 W. Broadway, Ste. 600, San Diego, CA 92101

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by Aljandro Diaz-Barba with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101 or by calling (619) 557-5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above-named person(s).

DATED: December 27, 2007

Barry K. Lander, Clerk

By: Kurt Herbold, Deputy Clerk
Kurt Herbold

Official Form 17
(12/04)

Case # : 03-11155-LAAPBK
Debtor.: JERRY L. ICENHOWER
Judge..: LOUISE ADLER
Trustee: GERALD DAVIS
Chapter: APBK

Filed : December 18, 2007 16:02:57
Deputy : K DURAN
Receipt: 196744
Amount : $255.00

# United States Bankruptcy Court

Southern District Of California

In re Icenhower,
Debtor

Case No. 03-11155-LA7

Chapter 7

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

Alejandro Diaz-Barba, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 11th day of December, 2007.
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Alejandro Diaz-Barba by Morris & Associates, 444 West C St, Ste 300, San Diego, CA 92101, (619) 239-1300; Kismet Acquisition, LLC, by Baker & McKenzie LLP, 12544 High Bluff Drive, 3rd Fl, San Diego, CA 92130, (858) 523-6200

Dated: December 13, 2007

Signed: Stephen B. Morris
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: Stephen B. Morris

Address: 444 West C St., Ste. 300
San Diego, CA 92101

Telephone No: (619) 239-1300

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.
Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
**Baker & McKenzie LLP**
101 West Broadway, Twelfth Floor
San Diego, CA 92101-3890
Telephone:+1 619 236 1441 Facsimile: +1 619 236 0429

Attorneys for Plaintiff, KISMET ACQUISITION, LLC, a Delaware limited liability company

Order Entered on December 11, 2007 by Clerk U.S. Bankruptcy Court Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re JERRY L. ICENHOWER dba Seaview Properties, and DONNA L. ICENHOWER<br>Debtors. | **LODGED**<br>BANKRUPTCY NO. 03-11155-LA7 |
| KISMET ACQUISITION, LLC, et al.<br>Plaintiff(s) | ADVERSARY NO. 04-90392-LA |
| v.<br>JERRY L. ICENHOWER, et al.<br>Defendants(s) | Date of Hearing: November 8, 2007<br>Time of Hearing: 2:00 p.m.<br>Name of Judge: Hon. Louise DeCarl Adler |

**ORDER ON MOTION OF PLAINTIFF KISMET ACQUISITION, LLC FOR AN ORDER: (i) COMPELLING DEPOSITION TESTIMONY FROM ALEJANDRO DIAZ-BARBA, an individual, also known as ALEJANDRO DIAZ BARBA, ALEX DIAZ, PORFIRIO ALEJANDRO DIAZ, ALEJANDRO B. DIAZ, PORFIRIO A. DIAZ and PORFIRIO DIAZ UNDER FRCP 37(a)(2)(B); AND (ii) AWARDING SANCTIONS AND EXPENSES UNDER FRCP 37(a)(4)**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 307. Notice of Lodgment of Order Docket Entry No. 337.

//

DATED: December 11, 2007

Louise DeCarl Adler
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

**Baker & McKenzie LLP**
(Firm name)

By: /s/ Ali M.M. Mojdehi
Attorney for ☒ Plaintiff ☐ Defendant



American LegalNet, Inc.
www.USCourtForms.com

On September 20, 2007, plaintiff, Kismet Acquisition, LLC ("Kismet"), submitted a Motion for an Order: (i) Compelling Deposition Testimony from Alejandro Diaz-Barba, an individual, also known as Alejandro Diaz Barba, Alex Diaz, Porfirio Alejandro Diaz, Alejandro B. Diaz, Porfirio A. Diaz and Porfirio Diaz under FRCP 37(a)(2)(B); and (ii) Awarding Sanctions and Expenses Under FRCP 37(a)(4). The motion came on for hearing on November 8, 2007 ("Hearing"). Based upon the pleadings and evidence submitted and arguments of counsel at the hearing, and good cause appearing therefor,

Motion to compel deposition testimony GRANTED. Reasonable expenses are awarded to Kismet, for attorney's fees in the amount of $15,963.50, and costs in the amount of $149.60.

In defense of the avoidability of the fraudulent conveyance claim of Plaintiff, Diaz asserts the affirmative defense of good faith and reliance on counsel. However, during his deposition, Diaz declined to answer questions about the advice he was given by counsel, claiming the attorney/client privilege. Court holds that it is well-settled that placing reliance on advice of counsel in issue waives the privilege. *See Chevron v. Pennzoil*, 974 F.2d 1156, 1162 (9th Cir. 1992); *US. v. Bilzerian*, 926 F.2d 1285, 1292-3 (2nd Cir. 1991). As noted by the court in *In re Gibco*, 185 F.RD.296 (D. Colo., 1997), a defense of good faith to a fraudulent conveyance actions contains both objective and subjective components. While the Court can determine whether objective circumstances would have placed Diaz on inquiry notice, to determine his subjective intent--"what he and his counsel knew about the circumstances surrounding the transfer and the purposes they sought to serve by making the transfer" (*Gibco* at p. 301) -- can only be established by Diaz' testimony about what his Counsel told him. Therefore, to the extent Diaz has raised the affirmative defense of "good faith," he has waived the attorney/client privilege as to evidence relevant to that defense.

Counsel for Kismet to submit a declaration within seven (7) days of the Hearing ("Declaration") setting forth those attorneys fees and costs directly and reasonably attributable to this motion and serve same on Diaz. Diaz will have five (5) days to respond in writing if any objection. Court will entertain no further briefing or argument on the fee issue and will issue an award of fees and costs as sanctions under FRCP 37(a)( 4).

The Court notes that Kismet filed its Declaration on November 15, 2007 (Docket Index 332). Diaz filed a Memorandum of Points and Authorities in Opposition to Request for Sanctions on November 19, 2007 (Docket Index 334), and Kismet filed a Statement In Support of its Declaration on November 26, 2007 (Docket Index 336).

~~Therefore, in light of the foregoing, supplemented by the comments of the Court at the hearing on the Motion, in the absence of new evidence or a showing of new irreparable injury,~~ [deleted by Court]

IT IS SO ORDERED.



American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Louise DeCarl Adler December 11,2007*

**Answer, Appeal**

# U.S. Bankruptcy Court
# Southern District of California (San Diego)
# Adversary Proceeding #: 04-90392-LA
### Internal Use Only

*Assigned to:* Judge Louise DeCarl Adler
*Related BK Case:* 03-11155
*Related BK Title:* Jerry L. Icenhower and Donna L. Icenhower
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 08/23/04
*Date Dismissed:* 08/09/07

**Plaintiffs**

-----------------------

| | | |
|---|---|---|
| **Kismet Acquisition, LLC,** ***a Delaware limited liability company*** | represented by | **Baker & McKenzie LLP**<br>101 West Broadway, 12th floor<br>San Diego, CA 92101<br>(619) 236-1441<br>Fax : (619) 236-0429<br>*LEAD ATTORNEY*<br><br>**Ali M.M. Mojdehi**<br>Baker & McKenzie<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130<br>(858) 523-6200<br>Fax : (858) 259-8290<br>Email: ali.m.m.mojdehi@bakernet.com<br><br>**Janet D. Gertz**<br>Baker & McKenzie LLP |

101 West Broadway, 12th Floor

San Diego, CA 92101
619-235-7709
Email:
Janet.D.Gertz@BakerNet.com

V.

**Defendant**

**-----------------------**

**Jerry L. Icenhower**
684 Margarita Avenue
Coronado, CA 92118
SSN: 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

represented by **William L. Conti**
330 Rancheros Dr.
Suite 212
San Marcos, CA 92069
(760) 891-0801
Fax : (760) 891-0803
*LEAD ATTORNEY*

***dba***
**Seaview Properties**

**Donna L. Icenhower**
684 Margarita Avenue
Coronado, CA 92118
SSN: 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

represented by **William L. Conti**
(See above for address)
*LEAD ATTORNEY*

***fka***
**Donna L. Hawks**

**Howell & Gardner Investors, Inc.,** ***a Nevada corporation***
2533 North Carson Street
Carson City, NV 89711

**Robert Miller,** ***an individual***

represented by **Robert L. Rentto**
Law Offices Of Robert L. Rentto

| | | |
|---|---|---|
| | | 110 West "C" Street, Suite 150<br>San Diego, CA 92101<br>(619) 238-1002<br>*LEAD ATTORNEY* |
| **Alejandro Diaz Barba** | represented by | **Stephen B. Morris**<br>Morris & Associates<br>444 West C Street, Suite 200<br>San Diego, CA 92101<br>(619)239-1300<br>Fax : (629) 234-3672<br>*LEAD ATTORNEY* |
| **Martha Diaz** | represented by | **Alan Vanderhoff**<br>Vanderhoff Law Group<br>701 B Street, Suite 1000<br>San Diego, CA 92101<br>(619) 299-2050<br>Fax : (619)239-6554<br>Email: alan.vanderhoff@pacbell.net<br><br>**Stephen B. Morris**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Craig Kelley, an individual** | represented by | **Ronald White**<br>762 W. El Segundo Blvd.<br>Gardena, CA 90247<br>*LEAD ATTORNEY* |
| **Johnstown Enterprises, LLC, a Nevada limited liability company** | represented by | **William L. Conti**<br>(See above for address) |
| **Buckeye International Funding, Inc., a Nevada corporation** | represented by | **William L. Conti**<br>(See above for address) |
| **Western Financial Assets, Inc., a Nevada corporation** | represented by | **William L. Conti**<br>(See above for address) |
| **Martha Margarita Barba De La Torre, an individual,** | represented by | **Stephen B. Morris** |

| | | |
|---|---|---|
| **also know as Martha Barba De Diaz, Martha Barba DeDiaz, Martha Barba Diaz, Martha M. Diaz, Martha Margarita Diaz, Martha B. Diaz; Martha B. Diaz** | | Law Offices Of Stephen B. Morris<br>3111 Camino Del Rio North, Suite 405<br>San Diego, CA 92108<br>(619) 528-2206 |
| **DOES 1 through 50, inclusive** | represented by | **DOES 1 through 50, inclusive**<br>PRO SE |
| **Columbus Enterprises, LLC, a Nevada limited liability company** | represented by | **Columbus Enterprises, LLC, a Nevada limited liability company**<br>PRO SE |
| **Newark Enterprises, LLC, a Nevada limited liability company** | represented by | **Newark Enterprises, LLC, a Nevada limited liability company**<br>PRO SE |
| **Robert P. Miller, D.D.S., Profit Sharing Plan and Trust, Robert P. Miller, Trustee** | represented by | **Robert L. Rentto**<br>(See above for address) |

**3rd Party Defendant**

**-----------------------**

| | | |
|---|---|---|
| **Kismet Acquisition II, LLC,** ***a Delaware limited liability corporation*** | represented by | **Ali M.M. Mojdehi**<br>(See above for address) |
| **Axolotl S.A.,** ***a Mexican corporation*** | | |
| **Wolfgang Hahn** | | |
| **Dieter Hahn** | | |

**3rd Party Plaintiff**

-----------------------

**Alex Diaz** represented by **Malte L. Farnaes**
Ross, Dixon & Bell, LLP
550 West "B" Street, Suite 400
San Diego, CA 92101-3599
(619) 235-4040
Fax : (619) 231-8796
*LEAD ATTORNEY*

**Martha Diaz** represented by **Malte L. Farnaes**
(See above for address)
*LEAD ATTORNEY*

**Counter-Claimant**

-----------------------

**Alejandro Diaz Barba** represented by **Malte L. Farnaes**
(See above for address)
*LEAD ATTORNEY*

**Martha Diaz** represented by **Malte L. Farnaes**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter-Defendant**

-----------------------

**Kismet Acquisition, LLC** represented by **Ali M.M. Mojdehi**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 12/11/2007 | 348 | Order Granting Notice of Hearing and Motion of Kismet Acquisition and Awarding Sanctions and Exepnses (Related Doc # 307) signed on 12/11/2007. (Duran, K.) (Entered: 12/11/2007) |
| | | |

| | | |
|---|---|---|
| 12/11/2007 | 349 | Certificate of Mailing re: E-ORDER: I hereby certify that a copy of the within Order was mailed this date to the Debtor(s) name above, the attorney of record, if any, and the trustee at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 348 Order re: Notice of Hearing and Motion) (Duran, K.) (Entered: 12/11/2007) |
| 12/11/2007 | 350 | Notice of Entry of Judgment or Order (related documents 348 Order re: Notice of Hearing and Motion) (Duran, K.) (Entered: 12/11/2007) |
| 12/14/2007 | 351 | Correspondence Re: Correspondence, Letter to Judge DeCarl Adler (Duran, K.) (Entered: 12/14/2007) |
| 12/17/2007 | 352 | Opposition *by Plaintiff Kismet Acquisition LLC to Diaz Defendants' Motion to Preclude the Testimony of Party Craig Kelley and for Monetary Sanctions* (related documents 338 Notice of Motion and Motion, ) filed by Ali M.M. Mojdehi of Baker & McKenzie on behalf of Kismet Acquisition, LLC. (Mojdehi, Ali) (Entered: 12/17/2007) |
| 12/17/2007 | 353 | Declaration *of Janet D. Gertz* in Support *of Opposition by Plaintiff Kismet Acquisition LLC to Diaz Defendants' Motion to Preclude the Testimony of Party Craig Kelley and for Monetary Sanctions* (related documents 352 Opposition, ) filed by Ali M.M. Mojdehi of Baker & McKenzie on behalf of Kismet Acquisition, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Index 7# 8 Exhibit 8# 9 Exhibit 9) (Mojdehi, Ali) (Entered: 12/17/2007) |
| 12/18/2007 | 354 | Objection *to Kismet Amended Notice of Taking the* |

| | | |
|---|---|---|
| | | *Continued Deposition of Craig Kelley* filed by Stephen B. Morris on behalf of Alejandro Diaz Barba, Martha Margarita Barba De La Torre, an individual, also know as Martha Barba De Diaz, Martha Barba DeDiaz, Martha Barba Diaz, Martha M. Diaz, Martha Margarita Diaz, Martha B. Diaz; Martha B. Diaz. (Attachments: # 1 Proof of Service) (Duran, K.) (Entered: 12/18/2007) |
| 12/18/2007 | 355 | Proof of Service filed by Ali M.M. Mojdehi on behalf of Kismet Acquisition, LLC. (related documents 353 Declaration in Support,, 352 Opposition, ) (Mojdehi, Ali) (Entered: 12/18/2007) |
| 12/18/2007 | 356 | Notice of Appeal. BK Appeal No. 1 Fee Amount $ 255 filed by Stephen B. Morris on behalf of Alejandro Diaz Barba. Appeal Designation Due By: 12/28/2007. Statement of Issues Due By: 12/28/2007. Appellee Designation Due By: 1/7/2008. Record Transmission due by 2/1/2008, (Herbold, K.) (Entered: 12/19/2007) |
| 12/18/2007 | 358 | Motion for Stay Pending Appeal. BK Appeal No. 1 filed by Stephen B. Morris on behalf of Alejandro Diaz Barba. (Herbold, K.) (Entered: 12/19/2007) |
| 12/18/2007 | 359 | Certificate of Service (related documents 358 Motion for Stay Pending Appeal, 357 Election for Appeal to be Heard by District Court, 356 Notice of Appeal, ) filed by Stephen B. Morris on behalf of Alejandro Diaz Barba. (Herbold, K.) (Entered: 12/19/2007) |
| 12/19/2007 | 357 | Election for Appeal to be Heard by District Court. BK Appeal No: 1. (related documents 356 Notice of Appeal, ) filed by Stephen B. Morris on behalf of Alejandro Diaz Barba. (Herbold, K.) (Entered: |

| | | |
|---|---|---|
| | | 12/19/2007) |
| 12/21/2007 | 363 | Reply *Declaration of Stephen B. Morris in Support of Motion to Preclude the Testimony of Craig Kelley and for Monetary Sanctions* (related documents 345 Notice of Motion and Motion,, 353 Declaration in Support,, 352 Opposition, ) filed by Stephen B. Morris on behalf of Alejandro Diaz Barba, Martha Diaz, Martha Margarita Barba De La Torre, an individual, also know as Martha Barba De Diaz, Martha Barba DeDiaz, Martha Barba Diaz, Martha M. Diaz, Martha Margarita Diaz, Martha B. Diaz; Martha B. Diaz. (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service) (Schmitt, T.) (Entered: 12/26/2007) |
| 12/26/2007 | 360 | Stipulation : *Stipulated Dismissal of Complaint as to Defendants Robert Miller, an Individual, and Robert P. Miller, D.D.S., Profit Sharing Plan and Trust, Robert P. Miller, Trustee, With Prejudice and Proposed Order Thereon* filed by Ali M.M. Mojdehi on behalf of Kismet Acquisition, LLC. (Mojdehi, Ali) (Entered: 12/26/2007) |
| 12/26/2007 | 361 | Stipulation : *Joint Stipulation Regarding Response Time for Objection to Motion to Dismiss Adversary Proceeding Against Defendants Alejandro Diaz-Barba and Martha Margarita Barba De La Torre* filed by Ali M.M. Mojdehi on behalf of Kismet Acquisition, LLC. (Mojdehi, Ali) (Entered: 12/26/2007) |
| 12/26/2007 | 362 | Certificate of Service (related documents 361 Stipulation,, 360 Stipulation, ) filed by Ali M.M. Mojdehi on behalf of Kismet Acquisition, LLC. (Mojdehi, Ali) (Entered: 12/26/2007) |

| | | |
|---|---|---|
| 12/27/2007 | 364 | Notice of Referral of Appeal to the Bankruptcy Appellate Panel with service of Notice of Appeal. BK Appeal No: 1 (Attachments: # 1 Transmittal Memorandum) (related documents 356 Notice of Appeal, ) (Herbold, K.) (Entered: 12/27/2007) |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
07 DEC 28 AM 10: 02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

'07 CV 2425 BTM RBB

**I (a) PLAINTIFFS**

**Alejandra Diaz-Barba (Appellant)**

**DEFENDANTS**

**Kismet Acquistion, LLC (Appellee)**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Stephen B Morris**
**444 West C Street; Ste 300**
**San Diego, CA 92101**
**(619)239-1300**

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 USC 158**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☒ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 12/28/07

~~SIGNATURE OF ATTORNEY OF RECORD~~ [signature]