**Stephen B. Morris (SBN 126192)**
**Mark C. Hinkley (SBN 138759)**
**MORRIS and ASSOCIATES**
**444 West "C" Street, Suite 300**
**San Diego, California 92101**
**(619) 239-1300**

Attorneys for Third Party Defendant: Alejandro Diaz-Barba

FILED
08 JAN 10 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JERRY LEE ICENHOWER dba Seaview Properties, and DONNA LEE ICENHOWER,<br><br>Debtors, | District Court No. 07-CV-02425-BTM-RBB<br><br>Bankruptcy Case No.03-11155-LA-7<br><br>Chapter Number 7 |
| KISMET ACQUISITION, LLC, SUCCESSOR IN INTEREST TO GERALD H. DAVIS, CHAPTER 7 TRUSTEE,<br><br>Plaintiff<br><br>v.<br><br>JERRY ICENHOWERdba Seaview Properties, and DONNA L. ICENHOWER fka DONNA L. HAWKS; et al.,<br><br>Defendants. | Adv. Proc. No: 04-90392<br><br>**NOTICE OF WITHDRAWAL OF APPEAL TO DISTRICT COURT BY DEFENDANT AND APPELLANT ALEJANDRO DIAZ-BARBA** |

Defendant and appellant ALEJANDRO DIAZ-BARBA ("**DIAZ**"), hereby submits his **NOTICE OF WITHDRAWAL OF APPEAL TO DISTRICT COURT** in the above-referenced matter. **DIAZ's** Notice of Appeal was filed with the United States Bankruptcy Court on December 18, 2008. **DIAZ** was appealing the Sanction Order issued on December 11, 2007 by the Honorable Louise DeCarl Adler upon Motion of Plaintiff Kismet Acquisition, LLC for an Order: (I) Compelling Deposition Testimony from Alejandro Diaz-Barba, an individual, also known as Alex Diaz, Porfirio Alejandro Diaz, Alejandro B. Diaz, Porfirio A. Diaz and Porfirio Diaz under F.R.C.P. 37 (a)(2)(B) and

awarding sanctions and expenses under F.R.C.P. 37(a)(4). **DIAZ** has since learned that the above-referenced sanction order was an interlocutory order not subject to an Appeal until the final disposition of the case. DIAZ acknowledges that pursuant to 28 U.S.C. §158 (a)(1), the district courts of the United States shall have jurisdiction to hear appeals from final judgments, orders, and decrees. Therefore, DIAZ is withdrawing his appeal to the District Court in the above-referenced matter.

Dated: January 9, 2008

MORRIS AND ASSOCIATES, APC

By: [signature]
STEPHEN B. MORRIS, Attorney for Alejandro Diaz

Stephen B. Morris (SBN 126192)
MORRIS AND ASSOCIATES
444 W C Street, Suite 300
San Diego, CA 92101
Tel: (619) 239-1300
Fax: (619) 234-3672
morris@sandiegolegal.com

Attorney for Defendants, ALEJANDRO DIAZ-BARBA and MARTHA MARGARITA BARBA DE LA TORRE

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>JERRY LEE ICENHOWER dba Seaview Properties, and DONNA LEE ICENHOWER<br><br>Debtors.<br>___<br>KISMET ACQUISITION, LLC, a Delaware limited liability company, Successor-in-Interest to Gerald H. Davis, Chapter 7 Trustee<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY L. ICENHOWER dba SEAVIEW PROPERTIES, and DONNA L. ICENHOWER fka DONNA L. HAWKS; et al.<br><br>Defendants. | District Court No. 07-CV-02425-BTM-RBB<br><br>Bankruptcy Court Case No. 03-11155-LA-7<br><br>Chapter Number 7<br><br>Adv. Proc. No: 04-90392<br><br>CERTIFICATE OF SERVICE |

I, Phyllis Grodzitsky, hereby declare as follows:

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 444 West C Street, Suite 300, San Diego,

California 92101.

On January 9, 2008, I serviced or caused to be served the following:

1. **NOTICE OF WITHDRAWAL OF APPEAL**

on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

X (BY U.S. MAIL) I placed each such sealed, prepaid envelope for collection and mailing to each addressee.

☐ (BY FEDERAL EXPRESS) I placed each sealed envelope, for collection and delivery to each addressee.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above document(s) by facsimile to the referenced facsimile number(s) and received a confirmation of transmission thereof.

☐ (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the addressee(s) as indicated on the service list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 9, 2008, at San Diego, California.

Phyllis Grodzitsky

Kismet Acquisition, LLC v. Jerry L. Icenhower
Adversary Proceeding No. **06-90369-LA**
Service List

| | |
|---|---|
| Ali M.M. Mojdehi<br>Janet D. Gertz<br>Baker & McKenzie, LLP<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130-3051 | Counsel for Kismet Acquisition, LLC<br>Tel: (619) 236-1441 |
| William L. Conti<br>330 Rancheros Dr., Suite 212<br>San Marcos, CA 92069 | Counsel for Jerry and Donna Icenhower, Johnstown Enterprises, LLC, Buckeye International Funding, Inc. and Western Financial Assets, Inc.<br>Tel: (760) 891-0801<br>Fax: (760) 891-0803 |
| Robert L. Rentto<br>Law Offices of Robert L. Rentto<br>110 West C Street, Suite 1503<br>San Diego, CA 92101 | Counsel for Robert Miller<br>Tel: (619) 238-1002<br>Fax: (619) 238-1052 |
| Ronald White<br>762 W. El Segundo Blvd.<br>Gardena, CA 90247 | Counsel for Craig Kelley |
| Karen R. Frostrom, Esq.<br>Thornes Bartolatta & McGuire<br>2550 Fifth Avenue, Suite 1100<br>San Diego, CA 92103 | |
| Robert P. Miller, D.D.S. Profit Sharing Plan and Trust, Robert P. Miller, D.D.S., Trustee<br>1 Budlong Street<br>Hillsdale, MI 49242 | Defendant |
| Omar Bakari<br>6100 Wilshire Blvd., Suite 211<br>Los Angeles, CA 90048 | Counsel for Craig Kelley |
| | |